## MILSTEAD v. STATE.
### No. 26692.

Court of Criminal Appeals of Texas.
Dec. 16, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction for drunk driving, with punishment assessed at a fine of $75.

Because of the absence of any evidence that appellant has entered into a recognizance in the trial court, or has given an appeal bond, or is in custody of the officers pending this appeal, the state moves to dismiss the appeal.

Under the authorities of Locke v. State, 154 Tex.Cr.R. 104, 225 S.W.2d 179, and Brackeen v. State, 154 Tex.Cr.R. 98, 225 S.W.2d 180, the motion is well taken.

Accordingly, the appeal is dismissed.

Opinion approved by the Court.

## PERKINS v. STATE.
### No. 26702.

Court of Criminal Appeals of Texas.
Dec. 16, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

Appellant was charged with the unlawful possession of beer, wine and whisky for the purpose of sale in a dry area. She waived trial by jury and entered her plea of guilty before the court, who found her guilty and assessed her punishment at a fine of $150 and 10 days in jail.

All proceedings appear to be regular as revealed by the record. In the absence of statement of facts or bills of exception, nothing is presented for review.

The judgment is affirmed.